UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BRYANA DELEON
on behalf of himself or herself and
all other similarly situated consumers

NOTICE OF DISCONTINUANCE

Case# 18-cv-2523 ARR-CLP

Plaintiff,

-against-

BASHAM & SCOTT, LLC

Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

It Is Hereby Stipulated and agreed, by counsel on behalf of the Plaintiff, pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs or disbursements to either party.

We respectfully request the Court provide that the parties may seek to reopen the matter for forty five (45) days to assure that the settlement funds have cleared.

Dated: Nassau, New York
August 17, 2018

/S Jacob Silver

Jacob Silver
Attorney At Law
237 Club Dr.
Woodmere, NY 11598
(718) 855-3834
silverbankruptcy@gmail.com

[Handwritten annotation: "This action is dismissed without prejudice to reopen within 45 days if the settlement is NOT consummated."]

So Ordered:
S/ Allyne R. Ross
Dated: 8/20/18